# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 98-2315

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Frank Terrasas, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————

Submitted: December 30, 1998

Filed: January 6, 1999

———————

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Frank Terrasas was charged with conspiring to distribute marijuana in violation of 21 U.S.C. § 846. Terrasas appeals the judgment of the district court,[1] entered upon the jury's verdict finding him guilty of the charge. After a careful review of the record, we conclude that the evidence, viewed in the light most favorable to the government, was sufficient to support Terrasas's conviction. See United States v. McCracken, 110 F.3d 535, 540 (8th Cir. 1997); United States v. Cunningham, 83 F.3d 218, 222 (8th Cir.

———————

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

1996) (standard of review); <u>United States v. Johnson,</u> 12 F.3d 827, 831-32 (8th Cir. 1994), <u>cert. denied,</u> 511 U.S. 1095 (1994).

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.